BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED

JUL 08 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By_____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-MJ-00108 BAM |
|---|---|
| Plaintiff, | GOVERNMENT MOTION TO DISMISS AND PROPOSED ORDER |
| v. | |
| STEVEN RODRIGUEZ, | |
| Defendant. | |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the above-captioned UFAP (unlawful flight to avoid apprehension) matter for the following reason.

The underlying state charges are no longer viable, according to the affiant of the UFAP complaint.

Dated: July 8, 2014

BENJAMIN B. WAGNER
United States Attorney

By: _____
KAREN A. ESCOBAR
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED this 8th day of July, 2014.

_____
STANLEY A. BOONE
U.S. MAGISTRATE JUDGE